**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
                                                            :
In re:                                                      :   Chapter 11
                                                            :
**624 EAST 222ND STREET, LLC**,                             :   Case No.: 12-13992 (JMP)
                                                            :
          Debtor.                                           :
------------------------------------------------------------X

## CONSENT ORDER VACATING BENCH ORDER OF RETENTION OF BROKER AND SCHEDULING HEARING ON RETENTION APPLICATION

By the signatures of counsel for the respective parties below, Allerton Fund II LLC ("Allerton"), and 624 EAST 222ND STREET, LLC (the "Debtor"), (collectively, the "Parties"), each stipulate and agree as follows:

## RECITALS

WHEREAS, on September 21, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, on March 6, 2013, the Debtor filed an Application to Employ Keller Williams Realty as Real Estate Agent (the "Retention Application");

WHEREAS, on March 12, 2013, Allerton filed an objection to the Retention Application the "Objection");

WHEREAS, the Bankruptcy Court, through Debtor's counsel, scheduled a hearing on the Retention Application;

WHEREAS, Allerton did not receive proper notice of any hearing on the Retention Application, and consequently did not attend such hearing or prosecute its Objection;

WHEREAS, on April 16, 2013, the Bankruptcy Court conducted an unopposed hearing the on Retention Application and approved the Retention Application (the "Bench Order"); and

WHEREAS, the Parties have agreed to the vacatur of the Bench Order.

IT IS SO ORDERED THAT:

1. The Bench Order is hereby vacated; and

2. The Court shall conduct a hearing on the Retention Application on June 6, 2013, at 10:00 a.m. (e.s.t.)

CONSENTED TO IN FORM AND SUBSTANCE:

/s/ Neil R. Flaum                                         /s/ Howard S. Greenberg

Neil R. Flaum, Esq.                                   Howard S. Greenberg, Esq.
**FLAUM & ASSOCIATES, P. C.**              **RAVIN GREENBERG LLC**
369 Lexington Avenue                             101 Eisenhower Parkway
Suite 1201                                                Roseland, NJ 07068
New York, NY 10017

                                                              *Counsel for Allerton Fund II LLC*
*Counsel to the Debtor*

Dated: May 20, 2013                                Dated: May 20, 2013


Dated: New York, New York                        /s/ James M. Peck
      June 5, 2013                                                                    _____
                                                                                                Honorable James M. Peck
                                                                                                United States Bankruptcy Judge