| | |
|---|---|
| **RAVIN GREENBERG LLC** | Hearing Date: Nov. 26, 2013 at 10:00 am |
| Howard S. Greenberg, Esq. | Objection Deadline: Nov. 22, 2013 at 4:00 pm |
| Chad B. Friedman, Esq. | |
| 101 Eisenhower Parkway | |
| Roseland, New Jersey 07068 | |
| Telephone: (973) 226-1500 | |
| Facsimile: (973) 226-6888 | |

*Counsel for Allerton Fund II LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
                                                                          :                                           :
In re:                                                                 :     Chapter 11
                                                                          :
**624 EAST 222ND STREET, LLC**,             :     Case No.: 12-13992 (JMP)
                                                                          :
             Debtor.                                              :
----------------------------------------------------------X

### NOTICE OF HEARING ON THE SECOND AMENDED
### DISCLOSURE STATEMENT FILED BY ALLERTON FUND II LLC

**PLEASE TAKE NOTICE** that a hearing to consider the approval of Allerton Fund II LLCs second amended disclosure statement shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, Alexander Hamilton Custom House, 1 Bowling Green, New York, NY 10004-1408, on November 26, 2013 at 10:00 o'clock a.m.

**PLEASE TAKE FURTHER NOTICE** that November 22, 2013 is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.

**PLEASE TAKE FURTHER NOTICE** that Requests for copies of the disclosure statement and plan shall be mailed to RAVIN GREENBERG LLC, 101 Eisenhower Parkway, Roseland, New Jersey 07068, Attention: Howard S. Greenberg, Esq. and Chad B. Friedman, Esq. (Email: rg@ravingreenberg.com)

**THIS IS NOT A SOLICITATION OF ACCEPTANCE OR REJECTION OF A PLAN. ACCEPTANCES OR REJECTIONS MAY NOT BE SOLICITED UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT. A DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL BUT HAS NOT BEEN APPROVED BY THE COURT.**

New York, New York  /s/Howard S. Greenberg
Dated: October 25, 2013   Howard S. Greenberg

**RAVIN GREENBERG LLC**
Howard S. Greenberg, Esq.
Chad B. Friedman, Esq.
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 226-1500
Facsimile: (973) 226-6888

*Counsel for Allerton Fund II LLC*