UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:  Chapter 11
 Case No: 13992 (JMP)
**624 East 222nd Street, LLC,**

                    Debtor.           **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK  )

**Tina Fogel**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, N.Y.

2. On the **21st day of November, 2013,** I served *STEVEN FINKELSTEIN'S LIMITED OBJECTION TO SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY ALLERTON FUND II LLC* via *FIRST CLASS MAIL* upon:

*Office of U.S. Trustee*
*U.S. Federal Office Building*
*201 Varick Street, Suite 1006*
*New York, New York 10014*

*Neil R. Flaum*
*Flaum & Associates, P. C.*
*369 Lexington Avenue, Suite 1201*
*New York, NY 10017*

*Howard S. Greenberg, Esq.*
*Chad B. Friedman, Esq.*
*101 Eisenhower Parkway*
*Roseland, NJ  07068*

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this                              /s/ Tina Fogel
**21st** day of **November, 2013**                   **Tina Fogel**

/s/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401 Qualified in Kings County
Commission Expires 5-7-2014

651231