UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re                                                                                          Case No.:
                                                                                                     12-13992-jmp
624 EAST 222ND STREET, LLC.,
                                                                                                    In Proceedings for
                                                                                                    Reorganization under
                                                                                                    Chapter 11

                              Debtor.
----------------------------------------------------------X

## PROOF OF SERVICE

CAROLA DOMINGUEZ, declares:

1. I am over 18 years of age, reside in Hudson County, NJ and am not a party in this case.

2. On February 2, 2014 I served copies of the Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof Notice of Deadline Requiring Filing of Proofs of Claim on or Before March 17, 2014, with notice thereof, by First Class mail on all persons listed on Schedule A.

3. I declare the foregoing statements of fact to be true and correct under penalty of perjury, pursuant to 28 U.S.C § 1746.

Dated: New York, New York
       February 6, 2014

                                                            /s/Carola Dominguez
                                                             Carola Dominguez

**Schedule A**

| First Name | Last Name | Organization | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Hugh H. | Shull, Esq. | Corporation Counsel of the City of New York | 100 Church Street | | New York | NY | 10007 |
| | | Allerton Fund II LLC | c/o Kriss & Feuerstein LLP | 360 Lexington Avenue, Suite 1200 | New York | NY | 10017 |
| Brenda | Nelson | City of New York Dept of Housing Preservation & Development | 100 Gold Street | Room 5-S | New York | NY | 10038 |
| | | New York City Dept of Finance | 345 Adams Street | 3rd Floor | Brooklyn | NY | 11201 |
| | | New York City Dept of Finance | 1 Centre Street | #500N | New York | NY | 10007 |
| | | Seven Star Fuel Co. | 1608 Zerega Avenue | | Bronx | NY | 10462 |
| | | Steven Finkelstein | c/o Robinson Brog Leinwand Green et. al | 875 Third Avenue, 9th Floor | New York | NY | 10022 |
| | | 624 East 222nd Street, LLC | 4089 Wilder Avenue | | Bronx | NY | 10466 |
| Serene K. | Nakano, Esq. | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York | NY | 10014 |
| | | Doyle & Broumand, LLP | 3152 Albany Cresent | 2nd Floor | Bronx | NY | 10463 |
| | Attn: Bankruptcy Unit | New York City Water Board | Dept of Environmental Procetion | 59-17 Junction Blvd, 13th Floor | Flushing | NY | 11373 |
| | | Stuyvesant Fuel | c/o John S. Komer, Esq. | 145 Huguent Street, Ste 402 | New Rochelle | NY | 10801 |
| Chad B. | Friedman, Esq. | Allerton Fund II LLC | c/o Ravin Greenberg, LLC | 101 Eisenhower Parkway | Roseland | NJ | 07068 |
| | | Hunts PT. Fuel | 411 East 165th Street | | Bronx | NY | 10456 |
| James | Macron | NYC Environmental Control Board | NYC ECB c/o Oath | 66 John Street, 10th Floor | New York | NY | 10038 |
| | | New York City Water Board | 59-17 Junction Blvd | 7th Floor | Flushing | NY | 11373 |
| | | Stein & Stein LLP | 1 Railroad Square | | Haverstraw | NY | 10927 |
| | | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | Philadelphia | PA | 19101 |
| Neil R. | Flaum, Esq. | Flaum & Associates, P.C. | 369 Lexington Avenue | Suite 1201 | New York | NY | 10017 |
| Ebony M. | Lane | | 624 East 222nd Street | Apt 1B | Bronx | NY | 10467 |
| Lorraine | Lindo | | 624 East 222nd Street | Apt 1D | Bronx | NY | 10467 |
| Webster | Johnson | | 624 East 222nd Street | Apt 1E | Bronx | NY | 10467 |
| Jerry | Evans | | 624 East 222nd Street | Apt 1F | Bronx | NY | 10467 |
| Kyle | King | | 624 East 222nd Street | Apt 1G | Bronx | NY | 10467 |
| Thelma | Oree | | 624 East 222nd Street | Apt 2A | Bronx | NY | 10467 |
| Noelle | Spooner | | 624 East 222nd Street | Apt 2B | Bronx | NY | 10467 |
| Juliet R. | Green | | 624 East 222nd Street | Apt 2C | Bronx | NY | 10467 |
| Vishune | Mohan | | 624 East 222nd Street | Apt 2D | Bronx | NY | 10467 |
| Grace | Mhango | | 624 East 222nd Street | Apt 2E | Bronx | NY | 10467 |
| Linda | Pe | | 624 East 222nd Street | Apt 2E | Bronx | NY | 10467 |
| Jalynda A. | Williams | | 624 East 222nd Street | Apt 2F | Bronx | NY | 10467 |
| Dennis | Crooks | | 624 East 222nd Street | Apt 3A | Bronx | NY | 10467 |
| Jacqueline | Baltimore | | 624 East 222nd Street | Apt 3D | Bronx | NY | 10467 |
| Comfort Bliss | A. Ezeji | | 624 East 222nd Street | Apt 3E | Bronx | NY | 10467 |
| Ansoumane | Mara | | 624 East 222nd Street | Apt 3F | Bronx | NY | 10467 |
| Norma | Porter | | 624 East 222nd Street | Apt 3G | Bronx | NY | 10467 |
| Joy | Dillon | | 624 East 222nd Street | Apt 4A | Bronx | NY | 10467 |
| Donna | Hooper | | 624 East 222nd Street | Apt 4B | Bronx | NY | 10467 |
| Rose | Davis | | 624 East 222nd Street | Apt 4C | Bronx | NY | 10467 |
| Mohammed | Rahmani | | 624 East 222nd Street | Apt 4D | Bronx | NY | 10467 |
| Kimkecha | Farrior | | 624 East 222nd Street | Apt 4E | Bronx | NY | 10467 |
| Reginald | Reid | | 624 East 222nd Street | Apt 4F | Bronx | NY | 10467 |
| Jacinth | Smith | | 624 East 222nd Street | Apt 5A | Bronx | NY | 10467 |
| Clara | Hall | | 624 East 222nd Street | Apt 5B | Bronx | NY | 10467 |
| Sandra Virola | & A. Virola | | 624 East 222nd Street | Apt 5C | Bronx | NY | 10467 |
| Terry | Somers | | 624 East 222nd Street | Apt 5E | Bronx | NY | 10467 |
| Michael | Jackson | | 624 East 222nd Street | Apt 5F | Bronx | NY | 10467 |
| Jenitta | Pennamon | | 624 East 222nd Street | Apt 6B | Bronx | NY | 10467 |
| Ionie | Yeagines | | 624 East 222nd Street | Apt 6C | Bronx | NY | 10467 |
| Arthur | Dotson | | 624 East 222nd Street | Apt 6D | Bronx | NY | 10467 |
| Sheraika | Webley | | 624 East 222nd Street | Apt 6E | Bronx | NY | 10467 |
| Paulette | Johnson | | 624 East 222nd Street | Apt 6F | Bronx | NY | 10467 |
| Sylvia | Irving | | 624 East 222nd Street | Apt 6G | Bronx | NY | 10467 |
| | | Stuyvesant Fuel Service Corp | c/o Marcus Ollman & Kommer LLP | 72 East Main Street | New Rochelle | NY | 10801 |
| | | All Borough Elevator LLC | c/o Peter B. Ackerman, Esq. | 202 Mamaroneck Avenue #500 | White Plains | NY | 10601 |