
| | |
|---|---|
| **RAVIN GREENBERG LLC** | **Hearing Date: July 15, 2014 at 10:00 am** |
| Jaimie A. Slosberg, Esq. | **Objection Deadline: July 8, 2014 at 5:00 pm** |
| Chad B. Friedman, Esq. | |
| 101 Eisenhower Parkway | |
| Roseland, New Jersey 07068 | |
| Telephone: (973) 226-1500 | |
| Facsimile: (973) 226-6888 | |

*Counsel for Allerton Fund II LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            :
In re:                                                      :   Chapter 11
                                                            :
**624 EAST 222ND STREET, LLC**,                             :   Case No.: 12-13992 (RG)
                                                            :
           Debtor.                                          :
------------------------------------------------------------X

### NOTICE OF HEARING ON THE FOURTH AMENDED DISCLOSURE STATEMENT FILED BY ALLERTON FUND II LLC

**PLEASE TAKE NOTICE** that a hearing to consider the approval of Allerton Fund II LLC's fourth amended disclosure statement shall be held before the Honorable Robert Grossman, United States Bankruptcy Judge, Alexander Hamilton Custom House, 1 Bowling Green, New York, NY 10004-1408, on July 15, 2014 at 10:00 o'clock a.m.[1]

**PLEASE TAKE FURTHER NOTICE** that July 8, 2014 is the last day for filing and serving written objections to the fourth amended disclosure statement.

**PLEASE TAKE FURTHER NOTICE** that Requests for copies of the disclosure statement and plan shall be mailed to RAVIN GREENBERG LLC, 101 Eisenhower Parkway, Roseland, New Jersey 07068, Attention: Jaimie A. Slosberg, Esq. and Chad B. Friedman, Esq. (Email: jslosberg@ravingreenberg.com)

**THIS IS NOT A SOLICITATION OF ACCEPTANCE OR REJECTION OF A PLAN. ACCEPTANCES OR REJECTIONS MAY NOT BE SOLICITED UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT. A DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL BUT HAS NOT BEEN APPROVED BY THE COURT.**

| | |
|---|---|
| Roseland, New Jersey<br>Dated: June 25, 2014 | /s/Jaimie A. Slosberg<br>Jaimie A. Slosberg<br><br>**RAVIN GREENBERG LLC**<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Telephone: (973) 226-1500<br>Facsimile: (973) 226-6888<br><br>*Counsel for Allerton Fund II LLC* |

---

[1] This Notice supersedes a previously filed "NOTICE OF HEARING ON THE THIRD AMENDED DISCLOSURE STATEMENT, dated June 23, 2014.