UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re 624 E 222nd St, LLC  
    Debtor

Case No. 12-13992-rg  
Reporting Period: June, 2015

Federal Tax I.D. # _____

## SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
|    Copies of bank statements | | x | |
|    Cash disbursements journals | | x | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | x | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date _____

Signature of Authorized Individual* /s/ Arthur Schwartz _____  Date 7/13/15

Printed Name of Authorized Individual: Arthur Schwartz for Receiver  Date: 7/13/15

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**DOMINICK CALDERONI, RECEI
MANAGEMENT REPORT PACKAGE
FOR PERIOD ENDED 6/30/15**

COPY: 1 OF 1

| | |
|---|---|
| SCHEDULE A | FINANCIAL STATEMENT |
| SCHEDULE B | STATEMENT OF PAID BILLS |
| SCHEDULE C - NONE | STATEMENT OF JOURNAL ENTRIES |
| SCHEDULE D | COLLECTION STATUS |

PREPARED BY:

**NORWAX ASSOCIATES**

```
----------PREMISES----------                  DJA MANAGEMENT CORP.              ----------RECEIVER FOR----
624 EAST 222ND STREET                         1046 MCLEAN AVENUE                DOMINICK CALDERONI, RECEI
BRONX, NEW YORK    10467                      YONKERS, NEW YORK 10704
                                                                                15.20.37

BLD ACCT: 750  CORP.NO:18     STATEMENT OF RECEIPTS AND DISBURSEMENTS 06/30/2015    FISCAL BEG: 1  PAGE: A- 1

DRIVER: TZNORW                        CURRENT MONTH              YEAR TO DATE
```

|                          | CURRENT MONTH | YEAR TO DATE |
|--------------------------|--------------:|-------------:|
| **INCOME**               |               |              |
| RENTAL INCOME            | 38,500.85     | 201,578.78   |
| SECURITY DEPOSITS        | 1,188.80      | 2,408.42     |
| LEGAL INCOME             | 255.00        | 255.00       |
| **TOTAL INCOME**         | 39,944.65     | 204,242.20   |
|                          |               |              |
| **DISBURSMENTS**         |               |              |
| LOAN                     | .00           | -63.00       |
| PAYROLL                  | 1,200.00      | 7,800.00     |
| SST                      | -91.80        | -596.70      |
| FWT                      | -53.84        | -349.96      |
| SWT                      | -23.84        | -154.96      |
| CWT                      | -11.32        | -73.58       |
| PHONE REIMBURSMENT       | .00           | 63.00        |
| FUEL                     | 3,872.67      | 59,097.87    |
| PLUMBING                 | 348.40        | 7,833.40     |
| PAINT & PLASTER          | .00           | 8,175.00     |
| ELECTRICAL               | .00           | 179.64       |
| EXTERMINATOR             | .00           | 947.28       |
| SUPPLIES                 | 724.97        | 5,625.96     |
| UTILITIES                | 549.58        | 4,177.56     |
| INSURANCE                | .00           | 48,205.00    |
| FILING FEES              | 432.85        | 432.85       |
| LEGAL FEES               | 295.00        | 3,520.00     |
| GENERAL EXPENSE          | 100.00        | 100.00       |
| BOILER REPAIRS           | .00           | 4,524.86     |
| COMMISSION               | 2,325.35      | 12,092.00    |
| VIOLATIONS               | 100.00        | 360.00       |
| ROOFING REPAIRS          | .00           | 4,750.00     |
| RUBBISH REMOVAL          | .00           | 600.00       |
| PRTFF                    | 300.00        | 300.00       |
| LEASE RENEWAL FEE        | .00           | 50.00        |
| BANK CHARGE              | -336.00       | -238.00      |
| 0    REAL ESTATE TAXES   | .00           | 68,043.53    |
| TURNOVER COSTS           | 365.00        | 365.00       |
| APPLIANCES               | .00           | 996.27       |
| CARPENTRY                | 565.00        | 2,365.00     |
| HVAC                     | .00           | 1,143.19     |
| BUILDING EXTERIOR        | .00           | 2,000.00     |
| BOILER MAINTENANCE       | 517.16        | 517.16       |
| ELEVATOR MAINTENANCE     | 1,117.16      | 3,607.06     |
| GLASS, WINDOWS & DOOR    | .00           | 2,480.00     |
| FED EX                   | .00           | 31.00        |

```
---- PREMISES ----                    DJA MANAGEMENT CORP.              ---- PREPARED FOR ----
624 EAST 222ND STREET                 1046 MCLEAN AVENUE                 DOMINICK CALDERONI, RECEI
BRONX, NEW YORK    10467              YONKERS, NEW YORK 10704
                                                                         15:20:37

BLD ACCT: 750  CORP.NO:18     SUMMARY OF RECEIPTS AND DISBURSEMENTS 06/30/2015    FISCAL BEG: 1  PAGE: A- 2

DRIVER: TZNORW
```

|  | CURRENT MONTH | YEAR TO DATE |
|---|---:|---:|
| INSPECTIONS | .00 | 350.00 |
| SST | .00 | 1,285.20 |
| FWT | .00 | 747.68 |
| SWT | .00 | 175.13 |
| CWT | .00 | 84.04 |
| SUI | .00 | 81.89 |
| LOCKS,KEYS/LOCKSMITH | .00 | 179.64 |
| CONSULTING FEES | .00 | 389.32 |
| TOTAL DISBURSEMENTS | 12,296.34 | 252,199.33 |
| NET CASH FLOW FROM OPERATIONS | 27,648.31 | -47,957.13 |
| OWNERS BEG. BALANCE | 139,382.05 | 214,987.49 |
| BALANCE END OF PERIOD | 167,030.36 | 167,030.36 |

```
--------- PREMISES ---------             DJA MANAGEMENT CORP.                    ---- PREPARED FOR ----
624 EAST 222ND STREET                    1046 MCLEAN AVENUE                      DOMINICK CALDERONI, RECEI
BRONX, NEW YORK    10467                 YONKERS, NEW YORK 10704
                                                                                 15:20:37

BLD ACCT: 750              STATEMENT OF DISBURSEMENTS      06/30/2015                    PAGE: B- 1
```

| DATE | PAID TO | VEND | G/L EXPENSE TYPE | P/O | INVOICE | CK NO | AMOUNT | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 6/28/15 | BANK REC ADJ | 9999 | 7051 BANK CHARGE | | | J 5151 | -354.00 | |
| 6/28/15 | BANK REC ADJ | 9999 | 7051 BANK CHARGE | | | J 5151 | 18.00 | |
| | | | | | | | -336.00 | |
| 6/ 1/15 | ALL COUNTY SEWER & DRA | A555 | 7001 PLUMBING | | 148544 | R11012 | 174.20 | NORWAX |
| 6/ 1/15 | D&D/ ARCO ELEVATOR | D774 | 7226 ELEVATOR MAINTENANCE | | 98873 | R11013 | 600.00 | 624EAST222NDST |
| 6/ 1/15 | ALL-WAYS CLEAN JANITOR | A220 | 7006 SUPPLIES | | 10043 | R11014 | 724.97 | 3515PUPPY |
| 6/ 2/15 | NORWAX ASSOCIATES INC. | N010 | 7042 PRTFF | | | R11015 | 300.00 | |
| 6/ 8/15 | CONSOLIDATED EDISON CO | C011 | 7000 FUEL | | | R11016 | 42.54 | 30-1205-0240-8103-7GAS |
| 6/ 8/15 | CONSOLIDATED EDISON CO | C011 | 7009 UTILITIES | | | R11017 | 549.58 | 30-1205-0240-8103-7ELEC |
| 6/11/15 | FINANCE COMMISSIONER,C | F013 | 7028 VIOLATIONS | | 41549Z | R11018 | 100.00 | VIOL#E44241549Z |
| 6/11/15 | ALL COUNTY SEWER & DRA | A555 | 7001 PLUMBING | | 448881 | R11019 | 174.20 | 4/14 INVOICE |
| 6/22/15 | NYC DEPT OF FINANCE | N028 | 7014 FILING FEES | | | R11020 | 432.85 | |
| 6/22/15 | D&D/ ARCO ELEVATOR | D774 | 7226 ELEVATOR MAINTENANCE | | 656334 | R11021 | 517.16 | 15001147 |
| 6/22/15 | BIENVENIDO SILVERIO | S007 | 7064 TURNOVER COSTS | | | R11022 | 365.00 | |
| 6/22/15 | BIENVENIDO SILVERIO | S007 | 7083 CARPENTRY | | | R11022 | 285.00 | |
| 6/22/15 | BIENVENIDO SILVERIO | S007 | 7083 CARPENTRY | | | R11022 | 280.00 | 2B |
| | | | | | | | 930.00 | |
| 6/22/15 | SPRAGUE OPERATING RESO | S285 | 7000 FUEL | | 166101 | R11023 | 3830.13 | 6/5 |
| 6/23/15 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 27982 | R11024 | 85.00 | DOMINICK |
| 6/23/15 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 27997 | R11024 | 85.00 | DOMINICK |
| 6/23/15 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 28011 | R11024 | 125.00 | DOMINICK |
| | | | | | | | 295.00 | |
| 6/22/15 | CONSOLIDATED BOILER SE | B011 | 7225 BOILER MAINTENANCE | | 656334 | R11025 | 517.16 | |
| 6/26/15 | ENVIRONMENTAL CONTROL | E030 | 7018 GENERAL EXPENSE | | | R11026 | 100.00 | E44241549Z |
| 6/29/15 | DJA MANAGEMENT CORP | D003 | 7021 COMMISSION | | | R11027 | 2325.35 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 7008 PAYROLL | PAYROL | | JPR023 | 300.00 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 2001 FWT | PAYROL | | JPR023 | -13.46 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 2002 SWT | PAYROL | | JPR023 | -5.96 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 2003 CWT | PAYROL | | JPR023 | -2.83 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 2000 SST | PAYROL | | JPR023 | -18.60 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 2000 SST | PAYROL | | JPR023 | -4.35 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 2000 SST | PAYROL | | JPR023 | -18.60 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 2000 SST | PAYROL | | JPR023 | -4.35 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 7070 COMPANY FICA | PAYROL | | JPR023 | 18.60 | |
| 6/ 4/15 | PAYROLL J/E | 9999 | 7070 COMPANY FICA | PAYROL | | JPR023 | 4.35 | |
| | | | | | | | 254.80 | |
| 6/11/15 | PAYROLL J/E | 9999 | 7008 PAYROLL | PAYROL | | JPR024 | 300.00 | |
| 6/11/15 | PAYROLL J/E | 9999 | 2001 FWT | PAYROL | | JPR024 | -13.46 | |
| 6/11/15 | PAYROLL J/E | 9999 | 2002 SWT | PAYROL | | JPR024 | -5.96 | |
| 6/11/15 | PAYROLL J/E | 9999 | 2003 CWT | PAYROL | | JPR024 | -2.83 | |
| 6/11/15 | PAYROLL J/E | 9999 | 2000 SST | PAYROL | | JPR024 | -18.60 | |
| 6/11/15 | PAYROLL J/E | 9999 | 2000 SST | PAYROL | | JPR024 | -4.35 | |
| 6/11/15 | PAYROLL J/E | 9999 | 2000 SST | PAYROL | | JPR024 | -18.60 | |
| 6/11/15 | PAYROLL J/E | 9999 | 2000 SST | PAYROL | | JPR024 | -4.35 | |
| 6/11/15 | PAYROLL J/E | 9999 | 7070 COMPANY FICA | PAYROL | | JPR024 | 18.60 | |
| 6/11/15 | PAYROLL J/E | 9999 | 7070 COMPANY FICA | PAYROL | | JPR024 | 4.35 | |
| | | | | | | | 254.80 | |
| 6/18/15 | PAYROLL J/E | 9999 | 7008 PAYROLL | PAYROL | | JPR025 | 300.00 | |
| 6/18/15 | PAYROLL J/E | 9999 | 2001 FWT | PAYROL | | JPR025 | -13.46 | |
| 6/18/15 | PAYROLL J/E | 9999 | 2002 SWT | PAYROL | | JPR025 | -5.96 | |

```
--------- PREMISES ---------                    DJA MANAGEMENT CORP.              ---- PREPARED FOR ----
624 EAST 222ND STREET                           1046 MCLEAN AVENUE                 DOMINICK CALDERONI, RECEI
BRONX, NEW YORK    10467                        YONKERS, NEW YORK 10704
                                                                                        15:20:37

BLD ACCT:  750                  STATEMENT OF DISBURSEMENTS    06/30/2015                          PAGE: B- 2
```

| DATE | PAID TO | VEND | G/L | EXPENSE TYPE | P/O | INVOICE | CK NO | AMOUNT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 6/18/15 | PAYROLL J/E | 9999 | 2003 | CWT | | | PAYROL  JPR025 | -2.83 | |
| 6/18/15 | PAYROLL J/E | 9999 | 2000 | SST | | | PAYROL  JPR025 | -18.60 | |
| 6/18/15 | PAYROLL J/E | 9999 | 2000 | SST | | | PAYROL  JPR025 | -4.35 | |
| 6/18/15 | PAYROLL J/E | 9999 | 2000 | SST | | | PAYROL  JPR025 | -18.60 | |
| 6/18/15 | PAYROLL J/E | 9999 | 2000 | SST | | | PAYROL  JPR025 | -4.35 | |
| 6/18/15 | PAYROLL J/E | 9999 | 7070 | COMPANY FICA | | | PAYROL  JPR025 | 18.60 | |
| 6/18/15 | PAYROLL J/E | 9999 | 7070 | COMPANY FICA | | | PAYROL  JPR025 | 4.35 | |
| | | | | | | | | 254.80 | |
| 6/25/15 | PAYROLL J/E | 9999 | 7008 | PAYROLL | | | PAYROL  JPR026 | 300.00 | |
| 6/25/15 | PAYROLL J/E | 9999 | 2001 | FWT | | | PAYROL  JPR026 | -13.46 | |
| 6/25/15 | PAYROLL J/E | 9999 | 2002 | SWT | | | PAYROL  JPR026 | -5.96 | |
| 6/25/15 | PAYROLL J/E | 9999 | 2003 | CWT | | | PAYROL  JPR026 | -2.83 | |
| 6/25/15 | PAYROLL J/E | 9999 | 2000 | SST | | | PAYROL  JPR026 | -18.60 | |
| 6/25/15 | PAYROLL J/E | 9999 | 2000 | SST | | | PAYROL  JPR026 | -4.35 | |
| 6/25/15 | PAYROLL J/E | 9999 | 2000 | SST | | | PAYROL  JPR026 | -18.60 | |
| 6/25/15 | PAYROLL J/E | 9999 | 2000 | SST | | | PAYROL  JPR026 | -4.35 | |
| 6/25/15 | PAYROLL J/E | 9999 | 7070 | COMPANY FICA | | | PAYROL  JPR026 | 18.60 | |
| 6/25/15 | PAYROLL J/E | 9999 | 7070 | COMPANY FICA | | | PAYROL  JPR026 | 4.35 | |
| | | | | | | | | 254.80 | |

```
        62 ITEMS                    DISBURSEMENTS           11613.14
                                    JOURNAL ENTRIES           683.20
                                    TOTAL DISBURSEMENTS     12296.34
```

```
                                                                                                        PAGE: D- 120
--- PREPARED FOR ---              --- PROPERTY ---
DOMINICK CALDERONI, RECEI         624 EAST 222ND STREET                                                 DATE: 6/30/2015
                                  BRONX, NEW YORK         10467                                         FINAL STATUS
```

| BLD-TEN ACCT.NO | UNIT ID | RESIDENT NAME | BASE CHARGE | OPENING BALANCE | OTHER CHARGES AND CREDITS | PAYMENTS RECEIVED | | CLOSING BALANCE | SECURITY | LEASE EXPIR |
|---|---|---|---|---|---|---|---|---|---|---|
| 750-002 | 1A | ** VACANT ** | 1779.30N | | -1779.30 01 VAC LOSS | | | | | |
| 750-004 | 1B | EBONY M. LANE | D 1262.50 | | | 1263.00 | 6/12 | -.50 | 1262.00 | 3/16 |
| | | --- LEGAL FEES --- | | 190.00 | | | | 190.00 | | |
| | | --- SECURITY --- | | .50 | | | | .50 | | |
| | | | 1262.50 | 190.50 | .00 | 1263.00 | | 190.00 | | |
| 750-006 | 1C | ** VACANT ** | 620.29N | | -620.29 01 VAC LOSS | | | | | |
| 750-008 | 1D | LORRAINE LINDO | D 769.79 | -2.87 | | 767.00 | 6/ 8 | -.08 | 7.62 | 2/16 |
| 750-010 | 1E | WEBSTER JOHNSON | D 1176.79 | 76.61 | -147.28 B60*SR CIT EXM | 30.00 | 6/23 | | | 2/16 |
| | | | | | | 1000.00 | 6/23 | 76.12 | | |
| | | --- LEGAL FEES --- | | 365.00 | | | | 365.00 | | |
| | | | 1176.79 | 441.61 | -147.28 | 1030.00 | | 441.12 | | |
| 750-012 | 1F | JERRY EVANS | 1131.38 | -448.28 | | 98.69 | 6/25 | | | 10/15 |
| | | | | | | 344.00 | 6/25 | | | |
| | | | | | | 98.69 | 6/ 9 | | | |
| | | | | | | 344.00 | 6/ 9 | | | |
| | | | | | | 246.00 | 6/ 3 | -448.28 | | |
| 750-014 | 1G | KYLE KING | D 1389.41 | | -93.18 B53*DRIE | 200.00 | 6/16 | | | 2/17 |
| | | | | 925.56 | -52.01 B70*RENT REDUC | 1000.00 | 6/16 | 969.78 | | |
| 750-016 | 2A | OREE, THELMA | D 1018.89 | 2037.16 | | 1766.20 | 6/ 8 | | 1008.80 | 1/16 |
| | | | | | | 2040.00 | 6/ 3 | | | |
| | | | | | | -2060.00N | 6/16 | 1309.85 | | |
| | | --- LEGAL FEES --- | | 255.00 | | 255.00 | 6/ 8 | | | |
| | | --- SECURITY --- | | 38.80 | | 38.80D | 6/ 8 | | | |
| | | | 1018.89 | 2330.96 | .00 | 2040.00 | | 1309.85 | | |
| 750-018 | 2B | KAREN MCDONALD | 1300.00 | | | 1300.00 | 6/ 3 | | 1300.00 | 3/16 |
| 750-020 | 2C | JULIET R. GREEN | D 1241.61 | | 48.61  61 SUBTEN PMT | 162.00 | 6/12 | | | 2/17 |
| | | | | 2213.00 | -1088.61 B61*SUBTEN PMT | | | 2252.61 | | |
| 750-021 | 2C | JULIET GREEN S8 | .00 | | -67909.13  62 SECTION 8 | 1040.00 | 6/22 | | | |
| | | | | | -40.61  62 SECTION 8 | | | | | |
| | | | | 67901.13 | 1088.61 B62*SECTION 8 | | | | | |
| 750-022 | 2D | VISHUNE MOHAN | D 974.42 | | | 974.42 | 6/12 | | | 2/17 |
| | | --- LEGAL FEES --- | | 380.00 | | | | 380.00 | | |

```
                                                                                                    PAGE: D- 121
--- PREPARED FOR ---              --- PROPERTY ---
DOMINICK CALDERONI, RECEI         624 EAST 222ND STREET                              DATE: 6/30/2015
                                  BRONX, NEW YORK       10467                        FINAL STATUS
```

| BLD-TEN ACCT.NO | UNIT ID | RESIDENT NAME | | BASE CHARGE | OPENING BALANCE | OTHER CHARGES AND CREDITS | | PAYMENTS RECEIVED | | CLOSING BALANCE | SECURITY | LEASE EXPIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 974.42 | 380.00 | .00 | | 974.42 | | 380.00 | | |
| 750-024 | 2E | GRACE MHANGO & LINDA PE | D | 1363.91 | 55.89 | | | 1363.92 | 6/19 | | | 4/16 |
| | | | | | | | | 681.96 | 6/19 | | | |
| | | | | | | | | -681.96N | 6/ 1 | 55.88 | | |
| | | --- LEGAL FEES --- | | | 130.00 | | | | | 130.00 | | |
| | | | | 1363.91 | 185.89 | .00 | | 1363.92 | | 185.88 | | |
| 750-026-N | 2F | FRANCELA GORDON | D | | | 1536.00 | 01 PRO-RATA | | | | 1150.00 | 5/17 |
| | | | | | | -386.00 | 47*PREFERENTI | 1150.00 | 6/ 3 | | | |
| | | --- SECURITY --- | | | | 1150.00 | 18 SECURITY | 1150.00D | 6/ 3 | | | |
| | | | | .00 | .00 | 2300.00 | | 2300.00 | | .00 | | |
| 750-026 | 2F | ** VACANT ** | | 1280.74N | | -1280.74 | 01 VAC LOSS | | | | | |
| 750-028 | 2G | ** VACANT ** | | 2084.61N | | -2084.61 | 01 VAC LOSS | | | | | |
| 750-030 | 3A | DENNIS CROOKS | D | 911.46 | -1153.94 | | | 950.00 | 6/ 2 | -1192.48 | | 2/16 |
| 750-032 | 3B | ** VACANT ** | | .00N | | .00 | 01 VAC LOSS | | | | | |
| 750-034-N | 3C | MARK A. POWELL | D | | | | | | | | 950.00 | 9/15 |
| | | | | | -475.00 | | | | | -475.00 | | |
| 750-034 | 3C | ** VACANT ** | | 920.00N | | -920.00 | 01 VAC LOSS | | | | | |
| 750-036 | 3D | ** VACANT ** | | 876.92N | | -876.92 | 01 VAC LOSS | | | | | |
| 750-038 | 3E | COMFORT BLISS A. EZEJI | | 1293.00 | 1949.00 | | | 1293.00 | 6/ 1 | 1949.00 | 1293.00 | 9/15 |
| 750-040 | 3F | ANSOUMANE MARA | D | 971.62 | 673.72 | | | | | 1645.34 | 925.00 | 11/15 |
| | | --- LEGAL FEES --- | | | 195.00 | | | | | 195.00 | | |
| | | --- SECURITY --- | | | 46.62 | | | | | 46.62 | | |
| | | | | 971.62 | 915.34 | .00 | | .00 | | 1886.96 | | |
| 750-042 | 3G | NORMA PORTER | D | 1675.65 | 1675.65 | | | 3351.30 | 6/ 9 | | | 11/15 |
| | | --- LEGAL FEES --- | | | 320.00 | | | | | 320.00 | | |
| | | | | 1675.65 | 1995.65 | .00 | | 3351.30 | | 320.00 | | |
| 750-044 | 4A | JOY DILLON | | 853.87 | | | | 853.87 | 6/15 | | | 2/17 |
| | | --- LEGAL FEES --- | | | 130.00 | | | | | 130.00 | | |
| | | | | 853.87 | 130.00 | .00 | | 853.87 | | 130.00 | | |
| 750-046 | 4B | DONNA HOOPER | | 2080.46 | -.22 | -643.82 | B47*PREFERENTI | | | 1436.42 | | 12/15 |
| | | --- LEGAL FEES --- | | | 528.00 | | | | | 528.00 | | |
| | | | | 2080.46 | 527.78 | -643.82 | | .00 | | 1964.42 | | |
| 750-048 | 4C | ROSE DAVIS | | 911.74 | 936.14 | | | 911.74 | 6/ 2 | 936.14 | | 2/17 |

```
--- PREPARED FOR ---              --- PROPERTY ---                                              PAGE: D- 122
DOMINICK CALDERONI, RECEI         624 EAST 222ND STREET                                         DATE: 6/30/2015
                                  BRONX, NEW YORK          10467                                FINAL STATUS
```

| BLD-TEN ACCT.NO | UNIT ID | RESIDENT NAME | | BASE CHARGE | OPENING BALANCE | OTHER CHARGES AND CREDITS | | PAYMENTS RECEIVED | | CLOSING BALANCE | SECURITY | LEASE EXPIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 750-050 | 4D | MOHAMMED RAHMANI | D | 906.97 | 218.13 | | | 907.00 | 6/18 | 218.10 | 871.80 | 8/15 |
| | | --- LEGAL FEES --- | | | 130.00 | | | | | 130.00 | | |
| | | --- SECURITY --- | | | 34.87 | | | | | 34.87 | | |
| | | | | 906.97 | 383.00 | .00 | | 907.00 | | 382.97 | | |
| 750-052 | 4E | KIMKECHA FARRIOR | D | 1295.91 | 1295.91 | | | 483.00 | 6/ 9 | | | 2/16 |
| | | | | | | | | 800.00 | 6/ 9 | 1308.82 | | |
| | | --- LEGAL FEES --- | | | 10.00 | | | | | 10.00 | | |
| | | | | 1295.91 | 1305.91 | .00 | | 1283.00 | | 1318.82 | | |
| 750-054 | 4F | REGINALD REID | | 924.79 | 820.12 | -64.75 | B60*SR CIT EXM | 600.00 | 6/ 9 | 1080.16 | | 2/17 |
| | | --- LEGAL FEES --- | | | 130.00 | | | | | 130.00 | | |
| | | | | 924.79 | 950.12 | -64.75 | | 600.00 | | 1210.16 | | |
| 750-056 | 4G | ** VACANT ** | | .00N | | .00 | 01 VAC LOSS | | | | | |
| 750-058 | 5A | JACINTH SMITH | D | 1136.59 | -1978.36 | | | 1136.59 | 6/12 | -1978.36 | | 2/16 |
| 750-060 | 5B | CLARA HALL | | 1230.76 | | | | 1230.76 | 6/12 | | | 2/16 |
| 750-062 | 5C | SANDRA VIROLA | D | 639.05 | -17.10 | | | 639.05 | 6/ 8 | -17.10 | | 2/17 |
| 750-064 | 5D | RENATA WRIGHT | D | 1230.00 | 3300.00 | -130.00 | B47*PREFERENTI | 875.00 | 6/25 | | 1100.00 | 11/16 |
| | | | | | | | | 875.00 | 6/25 | | | |
| | | | | | | | | 875.00 | 6/25 | | | |
| | | | | | | | | 875.00 | 6/25 | | | |
| | | | | | | | | 225.00 | 6/25 | | | |
| | | | | | | | | 225.00 | 6/ 9 | | | |
| | | | | | | | | 450.00 | 6/ 2 | | | |
| | | --- LEGAL FEES --- | | | 190.00 | | | | | 190.00 | | |
| | | | | 1230.00 | 3490.00 | -130.00 | | 4400.00 | | 190.00 | | |
| 750-066 | 5E | TERRY SOMERS | | 1154.65 | 1083.71 | -74.12 | B60*SR CIT EXM | 700.00 | 6/ 1 | 1464.24 | | 2/17 |
| | | --- LEGAL FEES --- | | | 425.00 | | | | | 425.00 | | |
| | | | | 1154.65 | 1508.71 | -74.12 | | 700.00 | | 1889.24 | | |
| 750-068 | 5F | DENIECE HARRIS | D | 1450.00 | 1950.00 | -250.00 | B47*PREFERENTI | 450.00 | 6/22 | 2700.00 | 1200.00 | 2/17 |
| | | --- LEGAL FEES --- | | | | 125.00 | 30 DISPOSSESS | | | | | |
| | | | | | | 85.00 | 74 3 DAY NOTI | | | 210.00 | | |
| | | | | 1450.00 | 1950.00 | -40.00 | | 450.00 | | 2910.00 | | |
| 750-070 | 5G | ** VACANT ** | | .00N | | .00 | 01 VAC LOSS | | | | | |

```
--- PREPARED FOR ---                      --- PROPERTY ---
DOMINICK CALDERONI, RECEI                 624 EAST 222ND STREET              DATE: 6/30/2015
                                          BRONX, NEW YORK        10467       FINAL STATUS
```

A/R MANAGEMENT TOOL                                                         PAGE: D-123

| BLD-TEN ACCT.NO | UNIT ID | RESIDENT NAME | | BASE CHARGE | OPENING BALANCE | OTHER CHARGES AND CREDITS | PAYMENTS RECEIVED | | CLOSING BALANCE | SECURITY | LEASE EXPIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 750-072 | 6A | ANGELA RAZEMORE | D | 1050.00 | 5775.00 | | | | 6825.00 | 1050.00 | 10/16 |
| | | --- LEGAL FEES --- | | | 315.00 | | | | 315.00 | | |
| | | | | 1050.00 | 6090.00 | .00 | .00 | | 7140.00 | | |
| 750-074 | 6B | JENITTA PENNAMON | | 1331.03 | -30.00 | | 1301.03 | 6/25 | | | 2/17 |
| 750-076 | 6C | IONIE YEAGINES | D | 968.80 | | | 968.80 | 6/19 | | | 2/17 |
| | | --- LEGAL FEES --- | | | 65.00 | | | | 65.00 | | |
| | | | | 968.80 | 65.00 | .00 | 968.80 | | 65.00 | | |
| 750-078 | 6D | SAMANTHA WILLIAMS | D | 924.24 | | | 924.24 | 6/12 | | 924.28 | 10/16 |
| 750-080 | 6E | SHERAIKA WEBLEY | D | 1850.81 | -2.30 | -464.07 B47*PREFERENTI | 386.74 | 6/18 | | | 3/16 |
| | | | | | | | 1000.00 | 6/18 | -2.30 | | |
| | | --- LEGAL FEES --- | | | 1100.00 | | | | 1100.00 | | |
| | | | | 1850.81 | 1097.70 | -464.07 | 1386.74 | | 1097.70 | | |
| 750-082 | 6F | PAULETTE JOHNSON | D | 731.53 | | | 731.53 | 6/23 | | 731.53 | 11/15 |
| | | --- LEGAL FEES --- | | | 510.00 | | | | 510.00 | | |
| | | | | 731.53 | 510.00 | .00 | 731.53 | | 510.00 | | |
| 750-084 | 6G | SYLVIA IRVING | | 1354.28 | | | 1354.28 | 6/16 | | | 2/17 |
| | | - TOTALS - | | 46067.77 | 94267.45 | -74872.22 | 39944.65 | | 25518.35 | 13774.03 | |

PAST TENANTS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 751-002 | 1A | JOSEPH SEMPER | D | .00 | 32027.94 | | | | 32027.94 | | 8/11 |
| | | --- LEGAL FEES --- | | | 840.00 | | | | 840.00 | | |
| | | | | .00 | 32867.94 | .00 | .00 | | 32867.94 | | |
| 751-004 | 1B | LEEBERT A. WALLEN | D | .00 | 15210.52 | | | | 15210.52 | | 2/12 |
| | | --- LEGAL FEES --- | | | 525.00 | | | | 525.00 | | |
| | | | | .00 | 15735.52 | .00 | .00 | | 15735.52 | | |
| 751-005 | 1B | STEPHEN JORDAN/KATRINA | D | .00 | 7020.00 | | | | 7020.00 | 1300.00 | 2/14 |
| | | --- LEGAL FEES --- | | | 440.00 | | | | 440.00 | | |
| | | | | .00 | 7460.00 | .00 | .00 | | 7460.00 | | |
| 751-006 | 1C | LORENA VALLE | D | .00 | 1860.87 | | | | 1860.87 | | 7/09 |
| | | --- LEGAL FEES --- | | | 65.00 | | | | 65.00 | | |
| | | | | .00 | 1925.87 | .00 | .00 | | 1925.87 | | |
| 751-007 | 1C | LORENA VALLE | D | .00 | 6202.90 | | | | 6202.90 | | 7/09 |
| | | --- LEGAL FEES --- | | | 85.00 | | | | 85.00 | | |

```
                                    DCA MANAGEMENT CORP                              PAGE:   D- 124
--- PREPARED FOR ---              --- PROPERTY ---
DOMINICK CALDERONI, RECEI         624 EAST 222ND STREET                              DATE:  6/30/2015
                                  BRONX, NEW YORK         10467                      FINAL STATUS
```

| BLD-TEN ACCT.NO | UNIT ID | RESIDENT NAME | | BASE CHARGE | OPENING BALANCE | OTHER CHARGES AND CREDITS | PAYMENTS RECEIVED | CLOSING BALANCE | SECURITY | LEASE EXPIR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | 6287.90 | .00 | .00 | 6287.90 | | |
| 751-012 | 1F | CAROLYN RICHARDSON | D | .00 | 5804.36 | | | 5804.36 | | 9/10 |
| | | --- LEGAL FEES --- | | | 380.00 | | | 380.00 | | |
| | | | | .00 | 6184.36 | .00 | .00 | 6184.36 | | |
| 751-016 | 2A | JOHN DOE/JANE DOE | | .00 | 5700.00 | | | 5700.00 | | 10/10 |
| 751-018 | 2B | NOELLE SPOONER | D | .00 | 5223.85 | | | 5223.85 | | 2/14 |
| | | --- LEGAL FEES --- | | | 1070.00 | | | 1070.00 | | |
| | | | | .00 | 6293.85 | .00 | .00 | 6293.85 | | |
| 751-026 | 2F | YVONNE ROBINSON | D | .00 | 1937.44 | | | 1937.44 | | 2/10 |
| 751-027 | 2F | ROLAND MALLETTE | D | .00 | 7842.08 | | | 7842.08 | 968.72 | 8/12 |
| | | --- LEGAL FEES --- | | | 630.00 | | | 630.00 | | |
| | | --- SECURITY --- | | | 21.80 | | | 21.80 | | |
| | | | | .00 | 8493.88 | .00 | .00 | 8493.88 | | |
| 751-028 | 2G | TUCKER SEBLY | D | .00 | 6253.83 | | | 6253.83 | | 2/10 |
| | | --- LEGAL FEES --- | | | 65.00 | | | 65.00 | | |
| | | | | .00 | 6318.83 | .00 | .00 | 6318.83 | | |
| 751-029 | 2G | RAFAEL & ELISA GOMEZ | D | .00 | 6253.83 | | | 6253.83 | 2084.61 | 9/12 |
| | | --- LEGAL FEES --- | | | 65.00 | | | 65.00 | | |
| | | | | .00 | 6318.83 | .00 | .00 | 6318.83 | | |
| 751-030 | 2F | JALYNDA A. WILLIAMS | | .00 | 9145.92 | | | 9145.92 | 950.00 | 2/16 |
| | | --- LEGAL FEES --- | | | 820.00 | | | 820.00 | | |
| | | | | .00 | 9965.92 | .00 | .00 | 9965.92 | | |
| 751-034 | 3C | KIZZY GLADDEN | | .00 | 5141.00 | | | 5141.00 | | 12/13 |
| | | --- LEGAL FEES --- | | | 1405.00 | | | 1405.00 | | |
| | | | | .00 | 6546.00 | .00 | .00 | 6546.00 | | |
| 751-036 | 3D | JACQUELINE BALTIMORE | D | .00 | 876.60 | | | 876.60 | | 2/14 |
| | | --- LEGAL FEES --- | | | 1280.00 | | | 1280.00 | | |
| | | | | .00 | 2156.60 | .00 | .00 | 2156.60 | | |
| 751-037 | 3D | JACQUELINE BALTIMORE | | .00 | 4868.24 | | | 4868.24 | | 2/14 |
| | | --- LEGAL FEES --- | | | 440.00 | | | 440.00 | | |
| | | | | .00 | 5308.24 | .00 | .00 | 5308.24 | | |
| 751-038 | 3E | JOHN/JANE DOE | | .00 | 7200.00 | | | 7200.00 | | 8/10 |
| | | --- LEGAL FEES --- | | | 190.00 | | | 190.00 | | |
| | | | | .00 | 7390.00 | .00 | .00 | 7390.00 | | |
| 751-040 | 3F | JOHN DOE/JANE DOE | | .00 | 7000.00 | | | 7000.00 | | 7/10 |
| 751-050 | 4D | JACKIE MANGUEL | D | .00 | 3666.50 | | | 3666.50 | | 2/12 |

```
--- PREPARED FOR ---                --- PROPERTY ---
DOMINICK CALDERONI, RECEI           624 EAST 222ND STREET                              DATE: 6/30/2015
                                    BRONX, NEW YORK         10467                      FINAL STATUS
```

| BLD-TEN ACCT.NO | UNIT ID | RESIDENT NAME | | BASE CHARGE | OPENING BALANCE | OTHER CHARGES AND CREDITS | PAYMENTS RECEIVED | CLOSING BALANCE | SECURITY | LEASE EXPIR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | --- LEGAL FEES --- | | | 315.00 | | | 315.00 | | |
| | | | | .00 | 3981.50 | .00 | .00 | 3981.50 | | |
| 751-056 | 4G | TANSHISUA FREEMAN | | .00 | 5797.83 | | | 5797.83 | | 2/10 |
| | | --- LEGAL FEES --- | | | 65.00 | | | 65.00 | | |
| | | | | .00 | 5862.83 | .00 | .00 | 5862.83 | | |
| 751-064 | 5D | DENISE WILLIAMS | | .00 | 4438.60 | | | 4438.60 | | 9/11 |
| 751-065 | 5D | AVESHIA DADZIE | D | .00 | 4800.00 | | | 4800.00 | 960.00 | 4/14 |
| | | --- LEGAL FEES --- | | | 630.00 | | | 630.00 | | |
| | | | | .00 | 5430.00 | .00 | .00 | 5430.00 | | |
| 751-066 | 5D | SALIEU BANGURA | D | .00 | 3500.00 | | | 3500.00 | 1025.00 | 11/15 |
| | | --- LEGAL FEES --- | | | 360.00 | | | 360.00 | | |
| | | | | .00 | 3860.00 | .00 | .00 | 3860.00 | | |
| 751-068 | 5F | MICHAEL JACKSON | | .00 | 3985.62 | | | 3985.62 | | 2/15 |
| | | --- LEGAL FEES --- | | | 755.00 | | | 755.00 | | |
| | | | | .00 | 4740.62 | .00 | .00 | 4740.62 | | |
| 751-070 | 5G | DENISE PHILIP | | .00 | 5242.20 | | | 5242.20 | | 2/10 |
| | | --- LEGAL FEES --- | | | 65.00 | | | 65.00 | | |
| | | | | .00 | 5307.20 | .00 | .00 | 5307.20 | | |
| 751-072 | 6A | ROBERT WILLIAMS | | .00 | 16200.00 | | | 16200.00 | | 7/12 |
| | | --- LEGAL FEES --- | | | 775.00 | | | 775.00 | | |
| | | | | .00 | 16975.00 | .00 | .00 | 16975.00 | | |
| 751-078 | 6D | ARTHUR DOTSON | D | .00 | 4264.00 | | | 4264.00 | | 2/15 |
| | | --- LEGAL FEES --- | | | 315.00 | | | 315.00 | | |
| | | | | .00 | 4579.00 | .00 | .00 | 4579.00 | | |
| 751-080 | 6E | JOHN/JANE DOE | | .00 | 3600.00 | | | 3600.00 | | 2/12 |
| | | --- LEGAL FEES --- | | | 190.00 | | | 190.00 | | |
| | | | | .00 | 3790.00 | .00 | .00 | 3790.00 | | |
| | | - TOTALS - | | .00 | 202855.93 | .00 | .00 | 202855.93 | 7288.33 | |

DAILY RECEIPTS SUMMARY FOR BUILDING 750                                         PAGE: D- 126

```
        6/ 1/15      -1311.04
        6/ 2/15      -2311.74
        6/ 3/15      -5886.00
        6/ 4/15           .00
        6/ 5/15           .00
        6/ 6/15           .00
        6/ 7/15           .00
        6/ 8/15      -3466.05
        6/ 9/15      -5901.99
        6/10/15           .00
        6/11/15           .00
        6/12/15      -5691.01
        6/13/15           .00
        6/14/15           .00
        6/15/15       -853.87
        6/16/15       -494.28
        6/17/15           .00
        6/18/15      -2293.74
        6/19/15      -3014.68
        6/20/15           .00
        6/21/15           .00
        6/22/15      -1490.00
        6/23/15      -1761.53
        6/24/15           .00
        6/25/15      -5468.72
        6/26/15           .00
        6/27/15           .00
        6/28/15           .00
        6/29/15           .00
        6/30/15           .00
        6/31/15           .00

                    -39944.65
```

624 EAST 222ND STREET
BRONX, NEW YORK           10467

FINAL STATUS    FOR PERIOD ENDING: 6/30/2015

| INCOME CATEGORY<br>CHARGE TYPE | ACCT CODE | | | OPENING BALANCE | CURRENT CHARGES | PAYMENTS RECEIVED | CLOSING BALANCE |
|---|---|---|---|---|---|---|---|
| BASE CHARGE------ARREARS------ | | | | 283,950.86 | | | |
| ------PREPAYS------ | | | | -4,108.07 | | | |
| BASE CHARGE   100.0% | 1-28 | * | 43 UNITS | | 46,067.77 | | |
| VACANCY LOSS   16.4% | 1-29 | | 9 UNITS | | -7,561.86 | | |
| GAIN IN POTENTIAL | 1-29 | | | | 1,536.00 | | |
| PREFERENTIAL | 1-47 | | | | -1,873.89 | | |
| DRIE | 1-53 | | | | -93.18 | | |
| SR CIT EXMPT | 1-60 | | | | -286.15 | | |
| SUBTEN PMT | 1-61 | | | | 48.61 | | |
| | | | | | -1,088.61 | | |
| SECTION 8 CR | 1-62 | | | | 1,088.61 | | |
| | | | | | -67,949.74 | | |
| RENT REDUCTION | 1-70 | | | | -52.01 | -38,500.85 | |
| ------ARREARS------ | | | | | | | 215,291.59 |
| ------PREPAYS------ | | | | | | | -4,114.10 |
| LEGAL-FEES-------------------- | | | | 17,138.00 | | | |
| DISPOSSESS | 6-30 | | | | 125.00 | | |
| 3 DAY NOTICE | 6-74 | | | | 85.00 | -255.00 | 17,093.00 |
| SECURITY---------------------- | | | | 142.59 | | | |
| SECURITY | 18-28 | | | | 1,150.00 | -1,188.80 | 103.79 |
| TOTALS | | | | 297,123.38 | -28,804.45 | -39,944.65 | 228,374.28 |

STATEMENT OF COLLECTIONS

624 EAST 222ND STREET
BRONX, NEW YORK            10467

FINAL STATUS   FOR PERIOD ENDING:  6/30/2015

| PAYMENTS ANALYSIS | DEBITS | CREDITS | TOTAL |
|---|---|---|---|
| PAYMENTS | .00 | -41497.81 | -41497.81 |
| NG RETURNS | 2741.96 | .00 | 2741.96 |
| SECURITY DEPOSITS | .00 | -1188.80 | -1188.80 |
|  |  |  | .00 |
| TOTAL RECEIPTS |  |  | -39944.65 |