# WAYNE GREENWALD, P.C.
*Attorneys*
at 475 Park Avenue South - 26th Floor
New York, New York 10016
Tel: 212-983-1922 Fax: 212-9831965
e-mail: grimlawyers@aol.com

W. M. Greenwald

August 14, 2017

*Via* ECF Filing, Email
and First Class Mail

Hon. James L, Garrity Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:     *624 East 222nd Street, LLC. ,*
        *Chapter 11 Case No. 12-13992-JLG*

Dear Judge Garrity:

  This firm represents the referenced Debtor.

  On August 9, 2017, the Debtor conducted the auction of its real estate pursuant to this Court's order of July 6,2017 (the "Order").  A copy of the Order is enclosed.

  After the bidding began, the two qualified bidders [1] asked to adjourn the auction.  They represented that the adjournment would ultimately realize higher offers for the Debtor's real property.

  The Debtor consented to the adjournment.  Based on the parties' availability, the auction was adjourned to August 21, 2017 at 2:00 p.m.

  The parties realize that this adjournment creates conflicts with the schedule set by Court's Order.  Therefore, the Debtor and other parties ask the Court to amend the Order, to make the Order's remaining dates (for objections to the sale and confirmation, and the sale and confirmation hearings) approximately three weeks later, subject to the Court's availability.

---

[1] Both bidders, Allerton Fund and Steven Finkelstein, appeared and been active in this case.

Thank you very much for your consideration. We trust we will be contacted with any questions the Court may have.

Respectfully,

/s/ Wayne M. Greenwald

Wayne M. Greenwald

WMG/ms
Encl

cc:    Steven B. Kaufman, Esq.  *via* email only
       Mark Levy, Esq.  *via* email only
       Mark Frankel, Esq.  *via* email only
       Robert Sasloff, Esq. *via* email only
       Serene K. Nakano, Esq, *via* email only