**DOMINICK CALDERONI, RECEI**
**MANAGEMENT REPORT PACKAGE**
**FOR PERIOD ENDED 3/31/17**

| | |
|---|---|
| **SCHEDULE A** | **FINANCIAL STATEMENT** |
| **SCHEDULE B** | **STATEMENT OF PAID BILLS** |
| **SCHEDULE C - NONE** | **STATEMENT OF JOURNAL ENTRIES** |
| **SCHEDULE D** | **COLLECTION STATUS** |

**PREPARED BY:**

**NORWAX ASSOCIATES**

**COPY: 1 OF 1**

```
--------- PREMISES ---------                        ----- MANAGEMENT CORP. -----           ---- PREPARED FOR ----
624 EAST 222ND STREET                               73 MARKET SQ, STE 374                  DOMINICK CALDERONI, RECEI
BRONX, NEW YORK     10467                           YONKERS, NEW YORK 10710
                                                                                           14:22:56

BLD ACCT: 750   CORP.NO:18          STATEMENT OF RECEIPTS AND DISBURSEMENTS 03/31/2017     FISCAL BEG: 1   PAGE: A- 1

DRIVER: TZNORW
```

|  | CURRENT MONTH | YEAR TO DATE |
|---|---:|---:|
| **INCOME** | | |
| RENTAL INCOME | 42,446.56 | 119,549.52 |
| LEGAL INCOME | 3.41 | 23.43 |
| INSURANCE REFUND | .00 | 3,606.82 |
| **TOTAL INCOME** | 42,449.97 | 123,179.77 |
| | | |
| **DISBURSMENTS** | | |
| GROSS PAYROLL | .00 | 1,620.00 |
| SST | .00 | .00 |
| PAYROLL TAXES | .00 | 379.78 |
| FUEL | 7,204.97 | 25,701.47 |
| PLUMBING | .00 | 4,810.00 |
| PAINT & PLASTER | .00 | 1,300.00 |
| EXTERMINATOR | .00 | 228.64 |
| SUPPLIES | .00 | 1,779.33 |
| UTILITIES | 692.66 | 1,953.01 |
| INSURANCE | .00 | 250.00 |
| LEGAL FEES | 1,455.00 | 3,905.00 |
| ELEVATOR | .00 | 315.07 |
| BOILER REPAIRS | .00 | 7,879.83 |
| COMMISSION | .00 | 3,465.85 |
| VIOLATIONS | 100.00 | 100.00 |
| MAINTENANCE | 1,800.00 | 2,880.00 |
| LEASE RENEWAL FEE | .00 | 25.00 |
| BANK CHARGE | .00 | .10 |
| 0   REAL ESTATE TAXES | .00 | 33,852.33 |
| APPLIANCES | .00 | 405.00 |
| EQUIPMENT | 92.33 | 244.58 |
| BOILER MAINTENANCE | .00 | 528.04 |
| GLASS, WINDOWS & DOOR | .00 | 485.00 |
| ELEVATOR CONTRACT | 1,887.35 | 5,364.03 |
| ELECTRICAL REPAIRS | .00 | 500.83 |
| PROFESSIONAL FEES | .00 | 475.00 |
| WORKMANS COMPENSATION | .00 | 586.00 |
| PAYROLL WITHHOLDINGS | .00 | -223.03 |
| FIRE SAFTEY MAILING | .00 | 441.00 |
| CONSULTING FEES | 845.10 | 1,016.67 |
| **TOTAL DISBURSEMENTS** | 14,077.41 | 100,268.53 |
| | | |
| **NET CASH FLOW FROM OPERATIONS** | 28,372.56 | 22,911.24 |

```
---------- PREMISES ----------                  IJA MANAGEMENT CORP.              ---- PREPARED FOR ----
624 EAST 222ND STREET                           73 MARKET SQ, STE 374             DOMINICK CALDERONI, RECEI
BRONX, NEW YORK    10467                        YONKERS, NEW YORK 10710
                                                                                  14:22:56

BLD ACCT: 750  CORP.NO:18        SUMMARY OF RECEIPTS AND DISBURSEMENTS 03/31/2017        FISCAL BEG: 1  PAGE: A-  2
DRIVER: TZNORW
```

|                        | CURRENT MONTH | YEAR TO DATE |
|------------------------|---------------|--------------|
| OWNERS BEG. BALANCE    | 11,651.90     | 17,113.22    |
| BALANCE END OF PERIOD  | 40,024.46     | 40,024.46    |
|                        | ===========   | ============ |

```
--------- PREMISES ---------                    JOJA MANAGEMENT CORP.                    ---- PREPARED FOR ----
624 EAST 222ND STREET                           73 MARKET SQ, STE 374                    DOMINICK CALDERONI, RECEI
BRONX, NEW YORK    10467                        YONKERS, NEW YORK 10710
                                                                                         14:22:56

BLD ACCT: 750              STATEMENT OF DISBURSEMENTS       03/31/2017                        PAGE: B- 1
```

| DATE | PAID TO | VEND | G/L EXPENSE TYPE | P/O | INVOICE | CK NO | AMOUNT | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 3/ 1/17 | CONSOLIDATED EDISON CO | C011 | 7009 UTILITIES | | | R11459 | 692.66 | 30 1205 0240 8103 7 |
| 3/ 3/17 | MANUEL DELACRUZ | D051 | 7034 MAINTENANCE | | | R11460 | 360.00 | MARCH 1 OF 5 |
| 3/ 9/17 | MANUEL DELACRUZ | D051 | 7034 MAINTENANCE | | | R11461 | 360.00 | MARCH 2 OF 5 |
| 3/ 9/17 | ORIGINAL ENERGY | O019 | 7000 FUEL | | 154394 | R11462 | 3636.39 | 2/15 2000 @ 1.7399 |
| 3/13/17 | FINANCE COMMISSIONER,C | F013 | 7028 VIOLATIONS | | 204304 | R11463 | 100.00 | 0194204304 |
| 3/15/17 | SITECOMPLI, LLC | S900 | 7534 CONSULTING FEES | | 133844 | R11464 | 199.00 | SEMI ANNUAL LIEN |
| 3/15/17 | SITECOMPLI, LLC | S900 | 7534 CONSULTING FEES | | 133844 | R11464 | 150.00 | SEMI ANNUAL FDNY |
| | | | | | | | 349.00 | |
| 3/16/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 34756 | R11465 | 85.00 | 2D |
| 3/16/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 34783 | R11465 | 125.00 | 1E |
| 3/16/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 34787 | R11465 | 125.00 | 5D |
| 3/16/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 34794 | R11465 | 85.00 | 3E |
| 3/16/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 34856 | R11465 | 250.00 | 2F |
| 3/16/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 34870 | R11465 | 150.00 | 2F |
| 3/16/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 34906 | R11465 | 85.00 | 5D |
| 3/16/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 34943 | R11465 | 425.00 | 3E/3F/4B/6B/6E |
| | | | | | | | 1330.00 | |
| 3/16/17 | DIRECT ENERGY | D038 | 7534 CONSULTING FEES | | 9819 | R11466 | 496.10 | LL 84 |
| 3/17/17 | MANUEL DELACRUZ | D051 | 7034 MAINTENANCE | | | R11467 | 360.00 | MARCH 3 OF 5 |
| 3/24/17 | ALLISON M. HEILBRAUN, | H090 | 7015 LEGAL FEES | | 35014 | R11468 | 125.00 | |
| 3/29/17 | D&D ELEVATOR MAINTENAN | D774 | 8076 ELEVATOR CONTRACT | | 122999 | R11469 | 1887.35 | PVT VIOLATION |
| 3/24/17 | MANUEL DELACRUZ | D051 | 7034 MAINTENANCE | | | R11470 | 360.00 | MARCH 4 OF 5 |
| 3/31/17 | MANUEL DELACRUZ | D051 | 7034 MAINTENANCE | | | R11471 | 360.00 | MARCH 5 OF 5 |
| 3/30/17 | OPTIMUM | O008 | 7101 EQUIPMENT | | | R11472 | 92.33 | 2/22-3/21 |
| 3/30/17 | ORIGINAL ENERGY | O019 | 7000 FUEL | | 160868 | R11473 | 3568.58 | 3/4 2000 @ 1.7071 |

```
           23 ITEMS                        DISBURSEMENTS                 14077.41
```

```
--- PREPARED FOR ---                    --- PROPERTY ---
DOMINICK CALDERONI, RECEI               624 EAST 222ND STREET                              DATE:  3/31/2017
                                        BRONX, NEW YORK          10467                     FINAL STATUS
```

| BLD-TEN ACCT.NO | UNIT ID | RESIDENT NAME | | BASE CHARGE | OPENING BALANCE | OTHER CHARGES AND CREDITS | PAYMENTS RECEIVED | | CLOSING BALANCE | SECURITY | LEASE EXPIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 750-002 | 1A | COALITION FOR THE HOMEL F | | 1350.00 | | | 1350.00 | 3/ 8 | | 1350.00 | 11/17 |
| 750-004 | 1B | EBONY M. LANE | D | 1262.50 | | | | | 1262.50 | 1262.00 | 3/18 |
| 750-006 | 1C | ** VACANT ** | | 620.29N | | -620.29 01 VAC LOSS | | | | | |
| 750-008 | 1D | LORRAINE LINDO | D | 769.79 | 3076.97 | | 769.79 | 3/13 | | 7.62 | 2/18 |
|  |  |  |  |  |  |  | 3076.97 | 3/13 |  |  |  |
|  |  | --- LEGAL FEES --- |  |  | 335.00 |  | 3.24 | 3/13 | 331.76 |  |  |
|  |  |  |  | 769.79 | 3411.97 | .00 | 3850.00 |  | 331.76 |  |  |
| 750-010 | 1E | WEBSTER JOHNSON | D | 1224.34 | 2105.30 | -194.83 B60*SR CIT EXM | 1000.00 | 3/28 | | | 3/18 |
|  |  |  |  |  |  |  | 29.51 | 3/28 |  |  |  |
|  |  |  |  |  |  |  | 29.50 | 3/13 |  |  |  |
|  |  |  |  |  |  |  | 1000.00 | 3/13 | 1075.80 |  |  |
|  |  | --- LEGAL FEES --- |  |  | 660.00 |  |  |  | 660.00 |  |  |
|  |  |  |  | 1224.34 | 2765.30 | -194.83 | 2059.01 |  | 1735.80 |  |  |
| 750-012 | 1F | JERRY EVANS | | 1154.01 | -348.76 | | 106.70 | 3/28 | | | 10/17 |
|  |  |  |  |  |  |  | 344.00 | 3/28 |  |  |  |
|  |  |  |  |  |  |  | 344.00 | 3/14 |  |  |  |
|  |  |  |  |  |  |  | 106.70 | 3/14 |  |  |  |
|  |  |  |  |  |  |  | 252.00 | 3/ 6 | -348.15 |  |  |
| 750-014 | 1G | KYLE KING | D | 1389.41 | 1178.10 | -145.19 B53*DRIE | 244.00 | 3/20 | | | 2/18 |
|  |  |  |  |  |  |  | 1000.00 | 3/20 | 1178.32 |  |  |
|  |  | --- LEGAL FEES --- |  |  | 85.00 |  |  |  | 85.00 |  |  |
|  |  |  |  | 1389.41 | 1263.10 | -145.19 | 1244.00 |  | 1263.32 |  |  |
| 750-016 | 2A | ** VACANT ** | | 1018.89N | | -1018.89 01 VAC LOSS | | | | | |
| 750-018 | 2B | KAREN MCDONALD | | 1326.00 | | | 326.00 | 3/ 8 | | 1300.00 | 3/18 |
|  |  |  |  |  |  |  | 1000.00 | 3/ 8 |  |  |  |
|  |  | --- LEGAL FEES --- |  |  | 85.00 |  |  |  | 85.00 |  |  |
|  |  |  |  | 1326.00 | 85.00 | .00 | 1326.00 |  | 85.00 |  |  |
| 750-020 | 2C | JULIET R. GREEN | D | 1266.44 | 672.00 | -1057.61 B61*SUBTEN PMT | | | 880.83 | | 2/19 |
|  |  | --- LEGAL FEES --- |  |  | 420.00 |  |  |  | 420.00 |  |  |
|  |  |  |  | 1266.44 | 1092.00 | -1057.61 | .00 |  | 1300.83 |  |  |

```
                                                                                                   PAGE:  D- 150
--- PREPARED FOR ---                       --- PROPERTY ---
DOMINICK CALDERONI, RECEI                  624 EAST 222ND STREET                         DATE: 3/31/2017
                                           BRONX, NEW YORK          10467                    FINAL STATUS

_____  _____ _____ _____ _____ _____ _____ _____ _____ _____
BLD-TEN UNIT  RESIDENT                     BASE    OPENING    OTHER CHARGES       PAYMENTS        CLOSING  SECURITY LEASE
ACCT.NO  ID   NAME                        CHARGE   BALANCE    AND CREDITS         RECEIVED        BALANCE           EXPIR

750-021  2C   JULIET GREEN S8                .00       .22  1057.61 B62*SECTION 8                 1057.83

750-022  2D   ANTHONY T. WILLIAMS         1150.00   6900.00                                       8050.00  1150.00  6/18
              --- LEGAL FEES ---                     545.00                                        545.00
                                          1150.00   7445.00       .00                   .00      8595.00

750-024  2E   GRACE MHANGO & LINDA PE D   1363.91   2045.71                          681.79  3/21                    4/17
                                                                                     681.96  3/21
                                                                                         .16  3/ 1
                                                                                     681.80  3/ 1
                                                                                    1363.91  3/ 1
              --- LEGAL FEES ---                     339.69                              .17  3/21  339.52
                                          1363.91   2385.40       .00               3409.79        339.52

750-026-V 2F  ** VACANT **

750-026  2F   FRANCELA GORDON         D   1536.00   2342.00   -386.00 B47*PREFERENTI              3492.00  1150.00  5/17
              --- LEGAL FEES ---                    2870.00                                       2870.00
                                          1536.00   5212.00   -386.00                   .00      6362.00

750-028  2G   ** VACANT **               2084.61N            -2084.61 01 VAC LOSS

750-030  3A   DENNIS CROOKS           D    911.46  -1383.28                          915.00  3/ 3 -1386.82           2/18

750-032  3B   HANAN VASSELL           D    893.94    -18.18   -900.00 55 MISPOSTING                -24.24          11/18

750-034  3C   MARCIA R. MILLER        D    969.00    969.00                          969.00  3/28           950.00  4/18
                                                                                     969.00  3/ 1

750-036  3D   COALITION FOR THE HOMEL F  1350.00                                    1350.00  3/ 8          1350.00 11/17

750-038  3E   COMFORT BLISS A. EZEJI     1318.86    654.58                                        1973.44  1293.00  9/17
              --- LEGAL FEES ---                     505.00    125.00 30 DISPOSSESS
                                                                85.00 74 3 DAY NOTI                715.00
              --- SECURITY    ---                     25.86                                         25.86
                                          1318.86   1185.44    210.00                   .00      2714.30

750-040  3F   ANSOUMANE MARA          D    971.62    404.36                          595.64  3/13           971.62 11/17
                                                                                     404.36  3/13  375.98
              --- LEGAL FEES ---                     915.00     85.00 74 3 DAY NOTI               1000.00
                                           971.62   1319.36     85.00               1000.00      1375.98

750-042  3G   ** VACANT **               1709.16N            -1709.16 01 VAC LOSS
```

```
--- PREPARED FOR ---                    --- PROPERTY ---
DOMINICK CALDERONI, RECEI               624 EAST 222ND STREET                              DATE: 3/31/2017
                                        BRONX, NEW YORK         10467                      FINAL STATUS

_____   _____   _____   _____  _____   _____  _____  _____ _____ _____
BLD-TEN   UNIT    RESIDENT                BASE     OPENING     OTHER CHARGES          PAYMENTS       CLOSING  SECURITY  LEASE
ACCT.NO    ID     NAME                   CHARGE    BALANCE     AND CREDITS            RECEIVED       BALANCE            EXPIR


750-044   4A    JOY DILLON               870.95                                                      870.95              2/19
                    --- LEGAL FEES ---             130.00                                            130.00
                                         870.95    130.00          .00                  .00        1000.95

750-046   4B    DONNA HOOPER            1386.74   1386.74                             1386.74  3/ 9 1386.74             12/17
                    --- LEGAL FEES ---             210.00         85.00  74 3 DAY NOTI               295.00
                                        1386.74   1596.74         85.00               1386.74       1681.74

750-048   4C    ROSE DAVIS               911.74                                        911.74  3/20                      2/18

750-050   4D    MOHAMMED RAHMANI    D    931.91    106.42                              825.58  3/20           871.80     8/17
                                                                                       106.42  3/20  106.33
                    --- LEGAL FEES ---             130.00                                            130.00
                    ---   SECURITY  ---             59.81                                             59.81
                                         931.91    296.23          .00                 932.00       296.14

750-052   4E    KIMKECHA FARRIOR    D   1295.91                                       1295.00  3/20     .91              2/18

750-054   4F    REGINALD REID            943.29                                        943.29  3/20                      2/19
                    --- LEGAL FEES ---              66.50                                             66.50
                                         943.29     66.50          .00                 943.29        66.50

750-056   4G    ** VACANT **                .00N                    .00 01 VAC LOSS

750-058   5A    JACINTH SMITH       D   1136.59   -841.77                             1136.59  3/24                      2/18
                                                                                      1136.59  3/ 1 -1978.36

750-060   5B    CLARA HALL              1230.76                                       1230.76  3/ 9                      2/18

750-062   5C    SANDRA VIROLA       D    651.83    -17.10                              664.61  3/ 6   -29.88             2/19

750-064   5D    RENATA WRIGHT       D   1254.60   1813.80                              450.00  3/21          1100.00    11/18
                                                                                       450.00  3/ 3 2168.40
                    --- LEGAL FEES ---             780.00        125.00  31 WARRANT                  905.00
                                        1254.60   2593.80        125.00                900.00       3073.40

750-066   5E    TERRY SOMERS            1177.74                  -74.12  B60*SR CIT EXM 1000.00 3/10                     2/19
                                                                                         80.00 3/10   23.62
                    --- LEGAL FEES ---             992.74                                            992.74
                                        1177.74    992.74        -74.12                1080.00      1016.36

750-068   5F    COALITION FOR THE HOMEL F 1350.00                                     1350.00  3/ 8          1350.00    11/17

750-070   5G    ** VACANT **                .00N                    .00 01 VAC LOSS

750-072   6A    ** VACANT **            1050.00N              -1050.00 01 VAC LOSS
```

```
--- PREPARED FOR ---                    --- PROPERTY ---
DOMINICK CALDERONI, RECEI               624 EAST 222ND STREET                           DATE: 3/31/2017
                                        BRONX, NEW YORK         10467                   FINAL STATUS

_____  ____  _____       _____    _____    _____    _____  _____  _____  _____
BLD-TEN  UNIT  RESIDENT                  BASE    OPENING      OTHER CHARGES         PAYMENTS    CLOSING  SECURITY LEASE
ACCT.NO   ID   NAME                     CHARGE   BALANCE       AND CREDITS          RECEIVED    BALANCE           EXPIR


750-074  6B    JENITTA PENNAMON        1357.65   1331.03                             26.62  3/ 8                   2/19
                                                                                   1331.03  3/ 8    1331.03
               --- LEGAL FEES ---                 425.00       85.00  74 3 DAY NOTI                   510.00
                                        1357.65  1756.03       85.00               1357.65          1841.03

750-076  6C    IONIE YEAGINES        D   968.80                                     968.80  3/20                   2/18
               --- LEGAL FEES ---                  65.00                                               65.00
                                         968.80    65.00         .00                968.80             65.00

750-078  6D    SAMANTHA WILLIAMS     D   942.72    942.72                           942.72  3/21            924.28 10/18
                                                                                    942.72  3/ 3

750-080  6E    SHERAIKA WEBLEY       D  1887.83   1414.68    -473.35 B47*PREFERENTI 1000.00  3/ 8                   3/18
                                                                                    414.48  3/ 8
                                                                                    414.48  3/ 8
                                                                                   1000.00  3/ 8        .20
               --- LEGAL FEES ---                 2276.66       85.00  74 3 DAY NOTI                 2361.66
                                        1887.83   3691.34     -388.35              2828.96          2361.86

750-082  6F    PAULETTE JOHNSON      D   746.16    746.16                           746.16  3/28            731.53 11/17
                                                                                    746.16  3/ 3
               --- LEGAL FEES ---                  295.00                                             295.00
               --- SECURITY    ---                  14.63                                              14.63
                                         746.16   1055.79         .00              1492.32           309.63

750-084  6G    SYLVIA IRVING            1354.28                                    1354.28  3/20                   2/18


               _____
               - TOTALS -               47089.73 37711.59   -7981.44               42449.97         34369.91 15761.85


_____
PAST TENANTS
751-002  1A    JOSEPH SEMPER         D      .00  32027.94                                           32027.94        8/11
               --- LEGAL FEES ---                  840.00                                             840.00
                                            .00  32867.94         .00                  .00         32867.94

751-004  1B    LEEBERT A. WALLEN     D      .00  15210.52                                           15210.52        2/12
               --- LEGAL FEES ---                  525.00                                             525.00
                                            .00  15735.52         .00                  .00         15735.52

751-005  1B    STEPHEN JORDAN/KATRINA D     .00   7020.00                                            7020.00 1300.00 2/14
```

```
--- PREPARED FOR ---                          --- PROPERTY ---
DOMINICK CALDERONI, RECEI                     624 EAST 222ND STREET                              DATE: 3/31/2017
                                              BRONX, NEW YORK        10467                      FINAL STATUS

BLD-TEN   UNIT   RESIDENT                BASE    OPENING    OTHER CHARGES    PAYMENTS    CLOSING   SECURITY  LEASE
ACCT.NO   ID     NAME                   CHARGE   BALANCE    AND CREDITS      RECEIVED    BALANCE             EXPIR

                      --- LEGAL FEES ---          440.00                                  440.00
                                          .00   7460.00        .00             .00      7460.00

751-006   1C     LORENA VALLE       D     .00   1860.87                                  1860.87            7/09
                      --- LEGAL FEES ---           65.00                                   65.00
                                          .00   1925.87        .00             .00      1925.87

751-007   1C     LORENA VALLE       D     .00   6202.90                                  6202.90            7/09
                      --- LEGAL FEES ---           85.00                                   85.00
                                          .00   6287.90        .00             .00      6287.90

751-012   1F     CAROLYN RICHARDSON D     .00   5804.36                                  5804.36            9/10
                      --- LEGAL FEES ---          380.00                                  380.00
                                          .00   6184.36        .00             .00      6184.36

751-016   2A     JOHN DOE/JANE DOE        .00   5700.00                                  5700.00           10/10

751-017   2A     OREE, THELMA       D     .00   3056.97                                  3056.97  1008.80   1/17
                      --- LEGAL FEES ---          335.00                                  335.00
                                          .00   3391.97        .00             .00      3391.97

751-018   2B     NOELLE SPOONER     D     .00   5223.85                                  5223.85            2/14
                      --- LEGAL FEES ---         1070.00                                 1070.00
                                          .00   6293.85        .00             .00      6293.85

751-022   2D     VISHUNE MOHAN      D     .00   3897.68                                  3897.68            2/17
                      --- LEGAL FEES ---          715.00                                  715.00
                                          .00   4612.68        .00             .00      4612.68

751-026   2F     YVONNE ROBINSON    D     .00   1937.44                                  1937.44            2/10

751-027   2F     ROLAND MALLETTE    D     .00   7842.08                                  7842.08   968.72   8/12
                      --- LEGAL FEES ---          630.00                                  630.00
                      --- SECURITY   ---           21.80                                   21.80
                                          .00   8493.88        .00             .00      8493.88

751-028   2G     TUCKER SEBLY       D     .00   6253.83                                  6253.83            2/10
                      --- LEGAL FEES ---           65.00                                   65.00
                                          .00   6318.83        .00             .00      6318.83

751-029   2G     RAFAEL & ELISA GOMEZ D   .00   6253.83                                  6253.83  2084.61   9/12
                      --- LEGAL FEES ---           65.00                                   65.00
                                          .00   6318.83        .00             .00      6318.83

751-030   2F     JALYNDA A. WILLIAMS      .00   9145.92                                  9145.92   950.00   2/16
                      --- LEGAL FEES ---          820.00                                  820.00
                                          .00   9965.92        .00             .00      9965.92

751-034   3C     KIZZY GLADDEN            .00   5141.00                                  5141.00           12/13
                      --- LEGAL FEES ---         1405.00                                 1405.00
```

```
--- PREPARED FOR ---                       --- PROPERTY ---
DOMINICK CALDERONI, RECEI                  624 EAST 222ND STREET                              DATE: 3/31/2017
                                           BRONX, NEW YORK         10467                      FINAL STATUS
```

| BLD-TEN ACCT.NO | UNIT ID | RESIDENT NAME | | BASE CHARGE | OPENING BALANCE | OTHER CHARGES AND CREDITS | PAYMENTS RECEIVED | CLOSING BALANCE | SECURITY | LEASE EXPIR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | 6546.00 | .00 | .00 | 6546.00 | | |
| 751-035 | 3C | MARK A. POWELL | D | .00 | -475.00 | | | -475.00 | 950.00 | 9/15 |
| 751-036 | 3D | JACQUELINE BALTIMORE | D | .00 | 876.60 | | | 876.60 | | 2/14 |
| | | --- LEGAL FEES --- | | | 1280.00 | | | 1280.00 | | |
| | | | | .00 | 2156.60 | .00 | .00 | 2156.60 | | |
| 751-037 | 3D | JACQUELINE BALTIMORE | | .00 | 4868.24 | | | 4868.24 | | 2/14 |
| | | --- LEGAL FEES --- | | | 440.00 | | | 440.00 | | |
| | | | | .00 | 5308.24 | .00 | .00 | 5308.24 | | |
| 751-038 | 3E | JOHN/JANE DOE | | .00 | 7200.00 | | | 7200.00 | | 8/10 |
| | | --- LEGAL FEES --- | | | 190.00 | | | 190.00 | | |
| | | | | .00 | 7390.00 | .00 | .00 | 7390.00 | | |
| 751-040 | 3F | JOHN DOE/JANE DOE | | .00 | 7000.00 | | | 7000.00 | | 7/10 |
| 751-042 | 3G | NORMA PORTER | D | .00 | 1709.16 | | | 1709.16 | | 11/17 |
| | | --- LEGAL FEES --- | | | 404.98 | | | 404.98 | | |
| | | | | .00 | 2114.14 | .00 | .00 | 2114.14 | | |
| 751-050 | 4D | JACKIE MANGUEL | D | .00 | 3666.50 | | | 3666.50 | | 2/12 |
| | | --- LEGAL FEES --- | | | 315.00 | | | 315.00 | | |
| | | | | .00 | 3981.50 | .00 | .00 | 3981.50 | | |
| 751-056 | 4G | TANSHISUA FREEMAN | | .00 | 5797.83 | | | 5797.83 | | 2/10 |
| | | --- LEGAL FEES --- | | | 65.00 | | | 65.00 | | |
| | | | | .00 | 5862.83 | .00 | .00 | 5862.83 | | |
| 751-064 | 5D | DENISE WILLIAMS | | .00 | 4438.60 | | | 4438.60 | | 9/11 |
| 751-065 | 5D | AVESHIA DADZIE | D | .00 | 4800.00 | | | 4800.00 | 960.00 | 4/14 |
| | | --- LEGAL FEES --- | | | 630.00 | | | 630.00 | | |
| | | | | .00 | 5430.00 | .00 | .00 | 5430.00 | | |
| 751-066 | 5D | SALIEU BANGURA | D | .00 | 3500.00 | | | 3500.00 | 1025.00 | 11/15 |
| | | --- LEGAL FEES --- | | | 360.00 | | | 360.00 | | |
| | | | | .00 | 3860.00 | .00 | .00 | 3860.00 | | |
| 751-068 | 5F | MICHAEL JACKSON | | .00 | 3985.62 | | | 3985.62 | | 2/15 |
| | | --- LEGAL FEES --- | | | 755.00 | | | 755.00 | | |
| | | | | .00 | 4740.62 | .00 | .00 | 4740.62 | | |
| 751-069 | 5F | DENIECE HARRIS | D | .00 | 4350.00 | | | 4350.00 | 1200.00 | 2/17 |
| | | --- LEGAL FEES --- | | | 335.00 | | | 335.00 | | |
| | | | | .00 | 4685.00 | .00 | .00 | 4685.00 | | |
| 751-070 | 5G | DENISE PHILIP | | .00 | 5242.20 | | | 5242.20 | | 2/10 |
| | | --- LEGAL FEES --- | | | 65.00 | | | 65.00 | | |

```
                                                                                    PAGE:  D- 155
--- PREPARED FOR ---              --- PROPERTY ---
DOMINICK CALDERONI, RECEI         624 EAST 222ND STREET                         DATE:  3/31/2017
                                  BRONX, NEW YORK         10467                 FINAL STATUS

_____  _____  _____        _____    _____    _____    _____   _____ _____  _____
BLD-TEN   UNIT   RESIDENT                     BASE      OPENING    OTHER CHARGES         PAYMENTS    CLOSING  SECURITY  LEASE
ACCT.NO    ID    NAME                         CHARGE    BALANCE    AND CREDITS           RECEIVED    BALANCE            EXPIR
                                                 .00    5307.20       .00                    .00    5307.20


751-072   6A     ROBERT WILLIAMS                 .00   16200.00                                     16200.00             7/12
                    --- LEGAL FEES ---                   775.00                                       775.00
                                                 .00   16975.00       .00                    .00   16975.00


751-073   6A     ANGELA RAZEMORE       D         .00    9450.00                                      9450.00   1050.00  10/16
                    --- LEGAL FEES ---                   420.00                                       420.00
                                                 .00    9870.00       .00                    .00    9870.00


751-078   6D     ARTHUR DOTSON         D         .00    4264.00                                      4264.00             2/15
                    --- LEGAL FEES ---                   315.00                                       315.00
                                                 .00    4579.00       .00                    .00    4579.00


751-080   6E     JOHN/JANE DOE                   .00    3600.00                                      3600.00             2/12
                    --- LEGAL FEES ---                   190.00                                       190.00
                                                 .00    3790.00       .00                    .00    3790.00
                 _____
                 - TOTALS -                      .00  227054.72       .00                    .00  227054.72  11497.13
```

DAILY RECEIPTS SUMMARY FOR BUILDING 750                                PAGE: D- 156

```
            3/ 1/17     -4151.46
            3/ 2/17          .00
            3/ 3/17     -3053.88
            3/ 4/17          .00
            3/ 5/17          .00
            3/ 6/17      -916.61
            3/ 7/17          .00
            3/ 8/17     -9562.61
            3/ 9/17     -2617.50
            3/10/17     -1080.00
            3/11/17          .00
            3/12/17          .00
            3/13/17     -5879.50
            3/14/17      -450.70
            3/15/17          .00
            3/16/17          .00
            3/17/17          .00
            3/18/17          .00
            3/19/17          .00
            3/20/17     -7649.11
            3/21/17     -2756.64
            3/22/17          .00
            3/23/17          .00
            3/24/17     -1136.59
            3/25/17          .00
            3/26/17          .00
            3/27/17          .00
            3/28/17     -3195.37
            3/29/17          .00
            3/30/17          .00
            3/31/17          .00

                       -42449.97
```

STATEMENT OF COLLECTIONS

PAGE: D- 157

624 EAST 222ND STREET
BRONX, NEW YORK          10467

FINAL STATUS   FOR PERIOD ENDING:  3/31/2017

```
INCOME CATEGORY -------   ACCT              OPENING      CURRENT      PAYMENTS      CLOSING
---- CHARGE TYPE ------   CODE              BALANCE      CHARGES      RECEIVED      BALANCE
----------------------    ----              -------      -------      --------      -------


BASE CHARGE------ARREARS------               241,617.73
           ------PREPAYS------                -3,084.09
    BASE CHARGE   100.0% 1-28 *  43 UNITS                 47,089.73
    VACANCY LOSS   13.8% 1-29     7 UNITS                 -6,482.95
    PREFERENTIAL          1-47                              -859.35
    DRIE                  1-53                              -145.19
    MISPOSTING            1-55                              -900.00
    SR CIT EXMPT          1-60                              -268.95
    SUBTEN PMT            1-61                            -1,057.61
    SECTION 8 CR          1-62                             1,057.61   -42,446.56
           ------ARREARS------                                                      238,762.82
           ------PREPAYS------                                                       -4,242.45

LEGAL-FEES--------------------                26,110.57
    DISPOSSESS            6-30                                125.00
    WARRANT               6-31                                125.00
    3 DAY NOTICE          6-74                                425.00       -3.41    26,782.16
SECURITY---------------------                    122.10                      .00       122.10

-----------------------------------------------------------------------------------------------
TOTALS                                       264,766.31   39,108.29  -42,449.97    261,424.63
-----------------------------------------------------------------------------------------------
```

```
                               STATEMENT OF COLLECTIONS                        PAGE: D- 158
                               624 EAST 222ND STREET
                               BRONX, NEW YORK           10467


                   FINAL STATUS   FOR PERIOD ENDING:  3/31/2017
```

| PAYMENTS ANALYSIS | DEBITS | CREDITS | TOTAL |
|---|---|---|---|
| PAYMENTS | .00 | -42449.97 | -42449.97 |
|  |  |  | .00 |
| TOTAL RECEIPTS |  |  | -42449.97 |

12-13992-jlg    Doc 198    Filed 10/03/17    Entered 10/03/17 16:05:50    Main Document
Pg 14 of 14