UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                              Chapter 11

    624 E. 222 Realty LLC,
    aka 624 East 222nd Street, LLC,                            Case No.  12-13992

                  Debtor.
------------------------------------------------------------x

## PLAN ADMINISTRATOR POST-CONFIRMATION
## DISBURSEMENT REPORT FOR THIRD QUARTER 2018

        Mark Frankel, as Plan Administrator of 624 East 222nd Street, LLC ("Debtor"), respectfully represents that post-confirmation plan disbursements for the third quarter of 2018 through August 20, 2018 were $106,117, and the Plan Administrator intends to disburse another $137,000 for total third quarter 2018 disbursements of $243,117.

Dated:  New York, New York
         August 24, 2018

                              BACKENROTH FRANKEL & KRINSKY, LLP
                              Attorneys for the Plan Administrator

                              By: s/Mark A. Frankel
                                  800 Third Avenue
                                  New York, New York 10022
                                  (212) 593-1100